UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Troy T. Cornock

    v.                              Civil No. 07-cv-00391-JL

Trans Union LLC, et al.

## **O R D E R**

The Preliminary Pretrial Conference was held in chambers on July 31, 2008.

The Discovery Plan (document no. 28) is **approved** as submitted.

Based on the discussion between the court and the parties at the conference, the following affirmative defenses are **stricken** without prejudice to being re-asserted if warranted by the evidence:

- Experian's 2nd (statutory immunity), 6th (state law defenses), and 7th (estoppel, et al.); and
- Trans Union's 3rd (statutory immunity), 6th (state law defenses), 7th (laches, estoppel, unclean hands, waiver) and 10th (statute of limitations).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   August 1, 2008

cc:     Leonard A. Bennett, Esq.
        Roger B. Phillips, Esq.
        Bruce S. Luckman, Esq.
        William E. Christie, Esq.
        Joseph Clark, Esq.
        Kimberly J.H. Memmesheimer, Esq.