## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| TROY T. CORNOCK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, *et al.*,<br>　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No: 1:07-cv-391-JL<br>)<br>)<br>)<br>) |

### TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Trans Union LLC ("Trans Union") moves, pursuant to Fed.R.Civ.P. 56, for summary judgment on the grounds that there are no disputed issues of material fact, and Trans Union is entitled to judgment as a matter of law. The reasons and authorities for this motion are fully set forth in the attached Memorandum of Law and Exhibits thereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ William E. Christie
　　　　　　　　　　　　　　　　　　William E. Christie
　　　　　　　　　　　　　　　　　　NH Bar #11255
　　　　　　　　　　　　　　　　　　Shaheen & Gordon, PA
　　　　　　　　　　　　　　　　　　107 Storrs St., P.O. Box 2703
　　　　　　　　　　　　　　　　　　Concord, NH 03302-2703
　　　　　　　　　　　　　　　　　　(603) 225-7262; Fax: (603) 225-5112
　　　　　　　　　　　　　　　　　　Email: wchristie@shaheengordon.com

*Of Counsel:*

Mark E. Kogan
Bruce S. Luckman
Timothy P. Creech
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant, Trans Union LLC*
DATED:　　　March 16, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2009.

DATED:  March 16, 2009                         /s/ William E. Christie
                                               William E. Christie
                                               NH Bar No. 11255
                                               Shaheen & Gordon, P.A.
                                               107 Storrs Street, P.O. Box 2703
                                               Concord, NH 03302
                                               (603) 225-7262
                                               wchristie@shaheengordon.com